### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Amber Pieloor, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | Case No. 1:12-cv-039 |
| | ) | |
| Gate City Bank, | ) | |
| | ) | |
| Defendant. | ) | |

The court held a scheduling conference with the parties on June 8, 2012.  Pursuant to its discussion with the parties, the court **ORDERS**:

1.      The parties shall have until Monday, June 18, 2012, to file briefs with the court outlining their respective positions regarding their respective proposed scheduling/discovery plans and the bifurcation of class issues.

2.      The parties shall have until June 22, 2012, to file a response to the other's brief.

Dated this 8th day of June, 2012.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge