## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | |
|---|---|
| Amber Pieloor, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | Case No. 1:12-cv-039 |
| ) | |
| Gate City Bank, ) ) | |
| Defendant. ) | |

The court held a scheduling conference with the parties on June 8, 2012. Pursuant to its discussion with the parties, the court **ORDERS**:

1. The parties shall have until Monday, June 18, 2012, to file briefs with the court outlining their respective positions regarding their respective proposed scheduling/discovery plans and the bifurcation of class issues.

2. The parties shall have until June 22, 2012, to file a response to the other's brief.

Dated this 8th day of June, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge
